# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF GEORGIA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: KLUG, DAVID          DEBTOR: _____          CASE NO.: _____
Last Four Digits of SS#  XXX-XX-7092  Last Four Digits of SS# XXX-XX-_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $  200.00  for months  1  to  36  ;
B.  $_____ for months _____ to _____ ;
C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:  Attorney's Fee  $ 3,500.00   TOTAL PAID $ 500.00 .
                 Balance Due    $ 3,000.00   payable $ 181.82 /month (Months  1  to  5  )
                                             payable $ 160.84 /month (Months  6  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. _____         Arrearage on Petition Date $ _____
Address _____    Arrears Payment  $_____ /month (Months ____ to ____)
_____            Regular Payment  $_____ /month (Months ____ to ____)
Account No.           Arrears Payment  $_____ /month (Months ____ to ____)

2. _____         Arrearage on Petition Date $ _____
Address _____    Arrears Payment  $_____ /month (Months ____ to ____)
_____            Regular Payment  $_____ /month (Months ____ to ____)
Account No.           Arrears Payment  $_____ /month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____ .
               Payable   $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 20.98 (Months  6  to  18 ) Pay $ 181.82 (Months  19  to  36 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor surrenders real property located at 340 4th Rd. Longford, KS 67458 secured by Beneficial and Clay County Treasurer.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date: 22 AUG 14

_____
Debtor
Date: _____

LF-31(rev. 01/08/10)